In the Interest of M.L.W., Plaintiff;

Juvenile Officer, Respondent,

v.

A.L.S. (Mother), Appellant;

D.W. (Father), Defendant.

No. WD 62307.

Missouri Court of Appeals,
Western District.

Aug. 26, 2003.

Davod R. Schmitt, St. Joseph, MO, for guardian.

John R. Brage, St. Joseph, MO, for appellant.

James A. Nadolski, St. Joseph, MO, for respondent.

Arthur D. Peppard, Memphis, MO, for defendant.

Before ELLIS, C.J., LOWENSTEIN and BRECKENRIDGE, JJ.

### ORDER

PER CURIAM.

Mother, A.L.S., appeals the trial court's judgment terminating her parental rights on the grounds of abandonment under Section 211.447.4(1) and (3). Mother's two points on appeal, that she did not leave the child in extended care of grandmother, and that she was unable to make contact with the child, were without merit. Judgment affirmed. Rule 84.16(b).

Dameion E. CLEMONS, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 62280.

Missouri Court of Appeals,
Western District.

Aug. 26, 2003.

Ruth Sanders, Appellate Defender Office, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John Munson Morris, Breck K. Burgess, Office of Attorney General, Jefferson City, for Respondent.

Before PAUL M. SPINDEN, Presiding Judge, THOMAS H. NEWTON, Judge, and RONALD R. HOLLIGER, Judge.

### ORDER

Dameion E. Clemons appeals the circuit court's judgment convicting him of trafficking drugs in the second degree. We affirm. Rule 30.25(b).